DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**E. LLWYD ECCLESTONE, JR.,**
Appellant,

v.

**WENDY WALKER MENDELSOHN,** Individually and as a Beneficiary of
the **ECCLESTONE, JR. DYNASTY TRUST** and the **ECCLESTONE, JR.
DYNASTY TRUST II,** and **EDWIN LLWYD ECCLESTONE, III, JOHN
STRICKLAND ECCLESTONE, ELIZABETH ECCLESTONE ERDMANN,
MARSHALL CRISER,** and **JOHN TEMPLE,** as Trustees of the
**ECCLESTONE, JR. DYNASTY TRUST** and the **ECCLESTONE, JR.
DYNASTY TRUST II,**
Appellees.

No. 4D2023-0835

[June 18, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Charles E. Burton, Judge; L.T. Case No. 502018CP002072.

Jackie Perczek, Roy Black, Lance W. Shinder, Maria D. Neyra and Kyle
A. Johnson of Black Srebnick, Boca Raton, and Robert J. Hauser of Sniffen
& Spellman, P.A., West Palm Beach, for appellant.

Roderick Coleman of Coleman Law, LLC, Boca Raton, for appellee
Wendy Walker Mendelsohn, individually and as a beneficiary of the
Ecclestone, Jr. Dynasty Trust and the Ecclestone, Jr. Dynasty Trust II.

Phillip M. Burlington, Bard D. Rockenbach, and Adam J. Richardson
of Burlington & Rockenbach, P.A., West Palm Beach, for appellees Edwin
Llwyd Ecclestone, III, John Strickland Ecclestone, Elizabeth Ecclestone
Erdmann, Marshall Criser, and John Temple, as trustees of the
Ecclestone, Jr. Dynasty Trust and the Ecclestone, Jr. Dynasty Trust II.

PER CURIAM.

*Dismissed. See Mendelsohn v. Ecclestone*, 408 So. 3d 97 (Fla. 4th DCA
2025).

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

*      *      *

*Not final until disposition of timely filed motion for rehearing.*